124 P.3d 459

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**November 29, 2005**

| | | |
|---|---|---|
| 25919 | Sabat v. Kurashige | Affirmed, vacated and remanded |
| 24998 | State v. Anduha | Affirmed |
| 26564 | State v. Schilleci | Affirmed |

**December 2, 2005**

| | | |
|---|---|---|
| 26207 | Dabney v. Maui's Meat Fish and Liquor Co., Inc. | Affirmed |
| 26607 | Grimes v. Grimes | Vacated |